# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CARL FRANKLIN COOK                                                                          PLAINTIFF

v.                                          NO. 4:04CV00073 GH/JTR

DAVID GIBBONS, JOHNNY CASTO, WILLIAM KELLY,                            DEFENDANTS
SCOTT HARPER, DALE SWESEY, RICHARD HOFFMAN,
HOYT HARNESS, MARK BLANKENSHIP, KEVIN WEBB,
MARK THOMPSON, NICK CASTRO, ROBERT SPEER,
JEFF CROW, JEFF JESTER, BOBBY ALCORN,
JOEL EUBANKS, CHARLIE EDMONDSON, BRYAN DAVIS,
KEVIN RICHMOND, JAY WINTERS, and RAY CALDWELL

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  After a careful review of the findings and recommendation, the timely objections received thereto, and a <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The motion to dismiss filed by defendants Mac Thompson ("Thompson"), improperly joined as Mark Thompson; Bobby Alcon ("Alcon"), improperly joined as Bobby Alcorn; and Nick Castro ("Castro") is denied. <u>See</u> Document 92.

IT IS SO ORDERED this 16th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE