IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARL FRANKLIN COOK                                                                                    PLAINTIFF

v.                                           NO. 4:04CV00073 GH

DAVID GIBBONS, JOHNNY CASTO,                                                              DEFENDANTS
WILLIAM KELLY, SCOTT HARPER,
DALE SWESEY, RICHARD HOFFMAN,
HOYT HARNESS, MARK BLANKENSHIP,
KEVIN WEBB, MACK THOMPSON,
NICK CASTRO, ROBERT SPEER,
JEFF CROW, JEFF JESTER,
BOBBY ALCON, JOEL EUBANKS,
CHARLIE EDMONDSON, BRYAN DAVIS,
KEVIN RICHMOND, JAY WINTERS,
RAY CALDWELL, BEN CROSS,
KYLE DROWN, JOHNATHON FREEMAN,
DAVID HYDEN, DWANE LUTER,
CHARLES MARTIN, RICK MARTIN,
CHRIS RIDENHOUR, TIM WHITTENBERG,
JIMMY CASTO, TOM MARS,
SCOTT WALLS, and JEFF CHANDLER

ORDER

The Court has received findings and a partial recommendation from Magistrate Judge H. David Young.  After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and partial recommendation should be, and hereby are,

approved and adopted in their entirety as this Court's findings in all respects.  The Court makes the following disposition of the pending motions:

(1) The Gibbons defendants' motion for summary judgment is granted in part and denied in part.  See Document 190.  It is granted as to defendants David Gibbons, Scott Harper, Richard Hoffman, Hoyt Harness, Mark Blankenship, Mack Thompson, Robert Speer, Charlie Edmondson, Ray Caldwell, Ben Cross, Kyle Drown, David Hyden, and Dwane Luter on all of the claims advanced by plaintiff Carl Franklin Cook.  Judgment as a matter of law will be entered on their behalf, and they will be dismissed from this proceeding.

(2) The Gibbons defendants' motion is denied as to defendants Johnny Casto, Dale Swesey, Kevin Webb, Nick Castro, Jeff Crow, Jeff Jester, Bobby Alcon, Bryan Davis, Kevin Richmond, and Jay Winters.  See Document 190.

(3) Defendant Jeff Chandler's motion for summary judgment is granted on all of Cook's claims.  See Document 202.  Judgment as a matter of law will be entered on his behalf, and he will be dismissed from this proceeding.

(4) Defendant Tom Mars' motion to dismiss is granted, and he will be dismissed from this proceeding.  See Document 215.

(5) The motion for summary judgment filed by defendants Charles Martin, Chris Ridenhour ("Ridenhour"), Tim Whittenberg ("Whittenberg"), and Jimmy Casto is granted in part and denied in part.  See Document 224.  It is granted as to defendants Ridenhour,

Whittenberg, and Jimmy Casto on all of Cook's claims. Judgment as a matter of law will be entered on their behalf, and they will be dismissed from this proceeding.

(6) The motion for summary judgment filed by defendants Charles Martin, Ridenhour, Whittenberg, and Jimmy Casto is denied as to defendant Charles Martin. See Document 224.

(7) Defendants William Kelly, Johnathon Freeman, Rick Martin, and Scott Walls will be dismissed from this proceeding.

(8) Defendant Joel Eubanks shall remain in this proceeding. An attempt should be made to serve him with a summons and copy of Cook's second amended complaint.

(9) Cook's motion to continue filed on July 6, 2006, is denied.

(10) Cook's motion for hearing is also denied. See Document 229.

IT IS SO ORDERED this 2nd day of March, 2007.

*George Howard, Jr.*

_____
UNITED STATES DISTRICT JUDGE